UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>        Petitioner,<br><br>   v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY,<br><br>        Respondent. | Case No. 16-cv-06891-SI<br><br>**JUDGMENT** |

This action for writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights complaint to assert claims about the conditions of confinement at the county jail.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 30, 2018

_____

SUSAN ILLSTON
United States District Judge